FILED
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY AF for CJ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ERIC ARMSTEAD,<br><br>          Plaintiff,<br>vs.<br><br>HARVEY LAPPIN, et al.,<br><br>          Defendants. | Case No. CV 11-3363 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered granting the motion to dismiss Claim Three against Defendant Ortiz, and granting the motion to dismiss Defendant Andal for failure to effect service.

DATE: 4/17/12

_Christina A. Snyder_
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE