# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ERIC ARMSTEAD,<br>　　　　　Plaintiff,<br>　　vs.<br>HARVEY LAPPIN, et al.,<br>　　　　　Defendant.<br>_____ | Case No. CV 11-3363 CAS (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that Defendant Patel's motion for summary judgment is granted. The remainder of Plaintiff's Complaint is dismissed in accordance with the Court's previous orders in this action, except as to the claim for which the motion for summary judgment is denied as set forth in the Magistrate Judge's Report and Recommendation. (Docket # 89.)

DATE: July 18, 2013

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE